**ORIGINAL**

EDWARD H. KUBO. JR.   (2499)
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI   (2286)
Chief, Narcotics Section

MICHAEL K. KAWAHARA   (1460)
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: mike.kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 2005

at 3 o'clock and 35 min. P.M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00441HG |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| vs. ) | |
| YONG C. TANAKA, doing ) business as "Y.T. Market", ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on December 1, 2004, this Court entered a Preliminary Order of Forfeiture, ordering Defendant Yong C. Tanaka, doing business as "Y.T. Market," to forfeit his interest in the following properties:

| Evidence Item#: | Description of drug paraphernalia: |
|---|---|
| 1 | 81 torch lighters |

| Evidence Item#: | Description of drug paraphernalia: |
|---|---|
| 3 | 18 pipes shaped like cigarettes |
| 4 | 27 glass pipes |
| 5 | 19 metal pipes |
| 6 | 7 digital scales |
| 7 | 2 scales |
| 8 | 47 metal scrapers |
| 9 | 3 wooden pipes and 1 ceramic pipe |
| 10 | 3 glass pipes |
| 11 | Miscellaneous plastic ziplock bags |
| 12 | Miscellaneous plastic ziplock bags |
| 13 | Miscellaneous wire screens |
| 14 | Miscellaneous glass screen holders |
| 16 | 16 torch lighters |
| 17 | 3 digital scales |
| 18 | 11 glass pipes |
| 19 | 229 glass pipes |
| 20 | 19 metal pipes |
| 21 | 21 glass pipes |
| 22 | 20 torch lighters |
| 23 | 3 digital scales, and 2 scales |
| 24 | 4 glass pipes |
| 25 | 6 glass pipes |
| 26 | 8 packs of metal scrapers |

| Evidence Item#: | Description of drug paraphernalia: |
|---|---|
| 27 | Miscellaneous glass vials |
| 28 | Miscellaneous wire screens |
| 30 | 1 torch lighter and 3 glass pipes |
| 31 | 1 glass pipe |
| 34 | 12 glass pipes |
| 35 | Miscellaneous wire mesh screens |
| 37 | 12 key chain pipes |
| 38 | Miscellaneous plastic ziplock bags |
| 39 | Miscellaneous wire screens |
| 40A | Miscellaneous plastic ziplock bags |
| 40B | Miscellaneous plastic ziplock bags |
| 40C | Miscellaneous plastic ziplock bags |
| 41 | Miscellaneous plastic ziplock bags |

(hereinafter collectively referred to as the "Subject Properties") and

WHEREAS, the United States caused to be published in the Honolulu Star Bulletin, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the Subject Properties in accordance with the law and as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the

validity of their alleged legal interest in the Subject Properties; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant Yong C. Tanaka, doing business as "Y.T. Market", had an interest in the Subject Properties that is subject to forfeiture pursuant to 21 U.S.C. § 863(c);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Subject Properties are hereby forfeited to the United States of America pursuant to 21 U.S.C. § 863(c);

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Properties described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

IT IS FURTHER ORDERED that any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposit, and the proceeds from the sale of any forfeited property, after the payment of costs and expenses incurred in connection with the forfeiture, sale and disposition of the forfeited property, shall be deposited forthwith by the United States Marshals Service into the Department of Justice Assets Forfeiture Fund in accordance with law; and

///

///

4

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

DATED: __6·2·05__, at Honolulu, Hawaii.

_____
UNITED STATES DISTRICT JUDGE

USA v. Yong C. Tanaka, dba as "Y.T. Market"
Cr. No. 04-00441HG
"Final Order of Forfeiture"